```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,                      :
                                               :
            v.                                 :       ORDER
                                               :       19-CR-306 (WFK)
ERNESTO HERNANDEZ-VELAZQUEZ,                   :
ARCELIA HERNANDEZ-VELAZQUEZ, and               :
HUGO HERNANDEZ-VELAZQUEZ.,                     :
                                               :
            Defendants.                        :
-------------------------------------------------------------X
```

**WILLIAM F. KUNTZ, II, United States District Judge:**

  The Court hereby schedules a status conference for Friday, September 10, 2021 at 2:30 P.M. in Courtroom 6H North before the Honorable William F. Kuntz, II at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza E, Brooklyn, NY 11201. Time is excluded in the interests of justice under the Speedy Trial Act to and including September 10, 2021.

  Should the parties fail to resolve this case short of trial, the Court hereby ORDERS the parties to submit, jointly, a proposed schedule for pre-trial submissions and trial no later than Thursday, September 9, 2021 at 5:00 P.M.

               **SO ORDERED.**

               s/ WFK
               _____
Dated: April 23, 2021      HON. WILLIAM F. KUNTZ, II
   Brooklyn, New York    UNITED STATES DISTRICT

1